**United States District Court**
For the Northern District of California

1
2
3
4
5
6 IN THE UNITED STATES DISTRICT COURT
7
8 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10 KENNETH ARNOLD, No. C 12-02115 WHA
11 Plaintiff,
12 v. **ORDER REGARDING REFERRAL OR SANCTION OF ADAM PINES**
13 BLUE SHIELD OF CALIFORNIA,
14 Defendant.
15 /
16
 Upon review of Adam Pines' declaration explaining a misleading statement in a
17 November 15 submission, this order finds that no referral or sanction is warranted.
18
19 **IT IS SO ORDERED.**
20
21 Dated: December 5, 2012.
22 WILLIAM ALSUP
 UNITED STATES DISTRICT JUDGE