IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ARNOLD, | No. C 12-02115 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING REFERRAL OR SANCTION OF ADAM PINES** |
| BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |

Upon review of Adam Pines' declaration explaining a misleading statement in a November 15 submission, this order finds that no referral or sanction is warranted.

**IT IS SO ORDERED.**

Dated: December 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE