UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ARNOLD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLUE SHIELD OF CALIFORNIA,<br><br>　　　　Defendant. | Case No.: C 12-02115 WHA<br><br>[PROPOSED] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE FROM APRIL 4, 2013 TO APRIL 11, 2013 |

The Court, having reviewed the Parties' Stipulation to Continue the Status Conference from April 4, 2013 to April 11, 2013, and finding good cause therefore, hereby Orders as follows:

The Status Conference will be continued to April 11, 2013. A joint case management statement is due at least seven days prior.

**IT IS SO ORDERED.**

DATED: March 14, 2013



_____
UNITED STATES DISTRICT JUDGE
Judge William Alsup

[PROPOSED] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE FROM APRIL 4, 2013 TO APRIL 11, 2013