1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KENNETH ARNOLD, | C 12-02115 WHA |
| --- | --- |
| Plaintiff, | [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II) |
| v. | |
| BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |

## ORDER

1
2  The Court has received and reviewed the stipulation for dismissal with
3  prejudice filed by the parties to this action.  In the stipulation, the parties state that
4  they have entered into a settlement agreement and that this entire action should be
5  dismissed with prejudice.
6  NOW THEREFORE, pursuant to the stipulation, the Court hereby ORDERS
7  that this action is DISMISSED WITH PREJUDICE.  Each party shall bear its own
8  costs and attorneys' fees.
9  ~~The Court reserves and retains jurisdiction over this action for the purpose of~~
10  ~~enforcing the parties' settlement agreement.~~
11  **IT IS SO ORDERED.**
12
13  Dated:  Nov. 5, 2013.
14  Hon. William H. Alsup
    United States District Judge
15
16  310886037.1

                2                 ~~[PROPOSED]~~ ORDER
                                  DISMISSING ACTION WITH PREJUDICE
                                  PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)