1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH ARNOLD,

          Plaintiff,

    v.

BLUE SHIELD OF CALIFORNIA,

          Defendant.

C 12-02115 WHA

~~[PROPOSED]~~ **ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

1

## ORDER

2      The Court has received and reviewed the stipulation for dismissal with

3   prejudice filed by the parties to this action.  In the stipulation, the parties state that

4   they have entered into a settlement agreement and that this entire action should be

5   dismissed with prejudice.

6      NOW THEREFORE, pursuant to the stipulation, the Court hereby ORDERS

7   that this action is DISMISSED WITH PREJUDICE.  Each party shall bear its own

8   costs and attorneys' fees.

9   ~~The Court reserves and retains jurisdiction over this action for the purpose of~~

10  ~~enforcing the parties' settlement agreement.~~

11      **IT IS SO ORDERED.**

12

13  Dated:  Nov. 5, 2013.

14                                      Hon. William H. Alsup
                                        United States District Judge

15

16  310886037.1

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
DISMISSING ACTION WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)